**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:15-cr-00158-5 |
| | ) | Judge Trauger |
| HUBERT DIAZ URIOSTEGUI | ) | |
| | ) | |

**O R D E R**

It is hereby ORDERED that the sentencing of this defendant scheduled for October 23,

2017 at 3:00 p.m. is RESET for the same day at 11:30 a.m.

It is so **ORDERED**.

ENTER this 12th day of September 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1